UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J. REID GRAY, III,

              Plaintiff,          13 Cv. 8717 (JGK)

   - against -              ORDER

PROTEUS SPORTS AND RACING CARS LTD.,

              Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated September 4, 2014, pursuant to an inquest on damages following the default of the defendant. There have been no objections, and the time for filing objections has long since passed. In any event, the Court finds the Report and Recommendation to be well reasoned and adopts it.

    Therefore, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendant in the amount of $137,026.94, which includes costs and prejudgment interest.

**SO ORDERED.**

Dated:    New York, New York
           December 23, 2014

                                                  John G. Koeltl
                                         United States District Judge